UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Jessica Cutler,<br><br>Plaintiff,<br><br>v.<br><br>MRS BPO, LLC,<br><br>Defendant. | Case No. 2:21-cv-00930-JPS<br><br>Honorable J.P. Stadtmueller<br><br>**NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                        RESPECTFULLY SUBMITTED,

Date: August 12, 2021                By:   /s/ Jeffrey S. Hyslip
                                               Jeffrey S. Hyslip, Esq. (OH 0079315)
                                               *Attorney for Plaintiff*
                                               Hyslip Legal, LLC
                                             1309 Park St., Suite A
                                             McHenry, IL 60050
                                             Phone: 614-490-4224
                                             jeffrey@hysliplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Michael T. Etmund
Moss & Barnett
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402

*Counsel for Defendant*

/s/ Jeffrey S. Hyslip