UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Jessica Cutler,<br><br>  Plaintiff,<br><br>v.<br><br>MRS BPO, LLC,<br><br>  Defendant. | Case No. 2:21-cv-00930-JPS<br><br>Honorable J.P. Stadtmueller<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: September 16, 2021

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq. (OH 0079315)
*Attorney for Plaintiff*
Hyslip Legal, LLC
1309 Park St., Suite A
McHenry, IL 60050
Phone: 614-490-4224
jeffrey@hysliplegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Michael T. Etmund
Moss & Barnett
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402

*Counsel for Defendant*

/s/ Jeffrey S. Hyslip